**07 CIV 4098**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATLANTIC CASUALTY
INSURANCE COMPANY,

                Plaintiff,

                                                  Case No. _____

    v.

FORTHRIGHT CONSTRUCTION, INC.,
WONDER WORKS CONSTRUCTION CORP.,
VASILIS AFTOUSMIS, and CONSTANTIA
AFTOUSMIS,

                Defendants.
------------------------------------------------------------X



## PLAINTIFF ATLANTIC CASUALTY INSURANCE COMPANY'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff Atlantic Casualty Insurance Company, a non-governmental corporate party, by its undersigned counsel Nixon Peabody LLP, states that it is not publicly traded and is a wholly-owned subsidiary of Strickland Insurance Group, Inc. It also has the following corporate affiliates:

    Strickland Insurance Brokers, Inc. and American Claims Service, Inc.

Dated: New York, New York
       May 22, 2007

                                            Respectfully submitted,

                                            **NIXON PEABODY LLP**

                                            By: _____
                                                 Aidan M. McCormack (AM3017)
                                                 Cyril E. Smith (CS8359)
                                                 *Attorneys for Plaintiff*
                                                 *Atlantic Casualty Insurance Company*
                                                 437 Madison Avenue
                                                 New York, New York 10022
                                                 (212) 940-3000

10589626.1