**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET NEW YORK, N.Y. 10007**

**J. Michael McMahon
Clerk of the Court**

------------------------------x
Atlantic Casualty Insurance Co.,

        Plaintiff(s),            07  Civ.  4098  (DC)

  - against -

Forthright Construction, Inc., et al.,

        Defendant(s).
------------------------------x

        The above-captioned action has been assigned to Judge Denny Chin.

        Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

        This conference will be held on November 30, 2007 at 11:30 A.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

        Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

        **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:     New York, New York
            October 16, 2007

Sincerely,

David Tam
Courtroom Deputy Clerk
U.S.D.C. - S.D.N.Y.
500 Pearl Street, Rm. 1020
New York, New York 10007
(212) 805-0096

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07