USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATLANTIC CASUALTY
INSURANCE COMPANY,

          Plaintiff,

    v.

FORTHRIGHT CONSTRUCTION, INC.,
WONDER WORKS CONSTRUCTION CORP.,
VASILIS AFTOUSMIS and CONSTANTIA
AFTOUSMIS,

          Defendants.
------------------------------------------------------------X

Case No. 07 CIV 4098

**ORDER**

    Plaintiff Atlantic Casualty Insurance Company ("Atlantic Casualty"), having submitted a written application to extend the deadline for filing of summary judgment motions from July 18, 2008 to August 1, 2008, and to request an additional ten (10) pages for its memorandum of law in support of its motion for summary judgment, and

    upon the arguments and reasons provided in Atlantic Casualty's written application,

**IT IS THEREFORE,**

    ordered that the deadline for the filing of summary judgment motions in the above matter be extended to August 1, 2008, and

    ordered that the deadline for the filing of simultaneous oppositions to the motions for summary judgment shall be extended to August 15, 2008, and

    ordered that Atlantic Casualty shall be granted an additional ten (10) pages with respect to its memorandum of law in support of its motion for summary judgment.

Except as stated above, the Court's June 13, 2008 pre-trial conference order remains unchanged.

7/17/08

SO ORDERED.

_____
Hon. U.S.D.J. Denny Chin