**EXHIBIT I**

# ATLANTIC CASUALTY INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

## SUBCONTRACTORS - DEFINITION OF ADEQUATELY INSURED

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The classifications used in this policy containing the words "Contractors-Subcontracted Work" apply to that portion of the operations performed for the insured by "adequately insured" subcontractors.

This insurance does not apply to any claim arising from subcontracted work unless:

1) The subcontractor maintains insurance in force for his operations with at least the following Limits of Liability:

   A. General Aggregate Limit
      (Other than Products-Completed Operations)          $ 1,000,000
      Products-Completed Operations Aggregate Limit       $ 1,000,000
      Each Occurrence Limit                               $ 1,000,000

   B. Or the limits provided by this policy, whichever are less; and

2) You maintain a current certificate of insurance for the subcontractor; and

3) A hold harmless agreement in favor of you has been executed with the subcontractor; and/or

4) You are endorsed to the subcontractors Commercial General Liability policy as an additional insured.

If all of the above conditions are met, the subcontractor will be considered "adequately insured" and exclusion AGL-005 Exclusion -Independent Contractors/Subcontractors shown on the Exclusions/ Limitations-Combination Endorsement attached to this policy is deleted in its entirety.

All other terms and conditions remain unchanged.

AGL-051 Edition 1/03