**EXHIBIT J**

# ACORD CERTIFICATE OF LIABILITY INSURANCE

DATE: 06/26/05

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**PRODUCER**
A.BRS PLANNING & BROKERAGE INC
8802 Flatlands Avenue
Brooklyn, NY 11236

**INSURED**
ATY CONSTRUCTION INC.
1821 EAST 22nd STREET
BROOKLYN, NY 11229

**INSURERS AFFORDING COVERAGE**
INSURER A: ATLANTIC CASUALTY INSURANCE COMPANY
INSURER B:
INSURER C:
INSURER D:
INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $1,000,000 |
| X | COMMERCIAL GENERAL LIABILITY | | | | FIRE DAMAGE (Any one fire) | $50,000 |
| | CLAIMS MADE [X] OCCUR | GL060662 | 06/14/05 | 06/14/06 | MED EXP (Any one person) | $5,000 |
| | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | PRODUCTS - COMP/OP AGG | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PROJECT / LOC | | | | | |
| | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | |
| | ANY AUTO | | | | BODILY INJURY (Per person) | |
| | ALL OWNED AUTOS | | | | BODILY INJURY (Per accident) | |
| | SCHEDULED AUTOS | | | | | |
| | HIRED AUTOS | | | | PROPERTY DAMAGE (Per accident) | |
| | NON-OWNED AUTOS | | | | | |
| | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | |
| | ANY AUTO | | | | OTHER THAN AUTO ONLY: EA ACC / AGG | |
| | **EXCESS LIABILITY** | | | | EACH OCCURRENCE | |
| | OCCUR / CLAIMS MADE | | | | AGGREGATE | |
| | DEDUCTIBLE | | | | | |
| | RETENTION | | | | | |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | | WC STATU-TORY LIMITS / OTHER | |
| | | | | | E.L. EACH ACCIDENT | |
| | | | | | E.L. DISEASE - EA EMPLOYEE | |
| | | | | | E.L. DISEASE - POLICY LIMIT | |
| | **OTHER** | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

**CERTIFICATE HOLDER**    ADDITIONAL INSURED; INSURER LETTER:

FORTH RIGHT CONSTRUCTION INC
2240 MCDONALD AVENUE
BROOKLYN NY 11223

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL _05_ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE [signature]

© ACORD CORPORATION 19

ACORD 25-S (7/97)

# ACORD CERTIFICATE OF LIABILITY INSURANCE

DATE: 2/26/0200

**PRODUCER**
A. S. M. Brokerage Corp.
9122 Flatlands Avenue
Brooklyn, New York 11236
(718) 272-6788

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**COMPANIES AFFORDING COVERAGE**

COMPANY A: NORTH SEA INS CO
COMPANY B: State Insurance Fund
COMPANY C:
COMPANY D:

**INSURED**
MARIE GRASSO DBA MMG DESIGNS
85 MEAD LOOP
STATEN ISLAND, NY 10309

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY [X] COMPREHENSIVE FORM [ ] PREMISES/OPERATIONS [ ] UNDERGROUND [X] EXPLOSION & COLLAPSE HAZARD [X] PRODUCTS/COMPLETED OPER [ ] CONTRACTUAL [ ] INDEPENDENT CONTRACTORS [ ] BROAD FORM PROPERTY DAMAGE [ ] PERSONAL INJURY | CLP3148251 | 12/5/2003 | 12/5/2004 | BODILY INJURY OCC | $ |
| | | | | | BODILY INJURY AGG | $ |
| | | | | | PROPERTY DAMAGE OCC | $ |
| | | | | | PROPERTY DAMAGE AGG | $ |
| | | | | | BI & PD COMBINED OCC | $1,000,000 |
| | | | | | BI & PD COMBINED AGG | $2,000,000 |
| | | | | | PERSONAL INJURY AGG | $ |
| | AUTOMOBILE LIABILITY [ ] ANY AUTO [ ] ALL OWNED AUTOS (Private Pass) [ ] ALL OWNED AUTOS (Other than Private Passenger) [ ] HIRED AUTOS [ ] NON-OWNED AUTOS [ ] GARAGE LIABILITY | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE | $ |
| | EXCESS LIABILITY [ ] UMBRELLA FORM [ ] OTHER THAN UMBRELLA FORM | | | | BODILY INJURY & PROPERTY DAMAGE COMBINED | $ |
| | | | | | EACH OCCURRENCE | $ |
| | | | | | AGGREGATE | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: [ ] INCL [X] EXCL OTHER | V13C93109 | 12/7/2003 | 12/7/2004 | WC STATU-TORY LIMITS / OTHER | |
| | | | | | EL EACH ACCIDENT | $ |
| | | | | | EL DISEASE - POLICY LIMIT | $ |
| | | | | | EL DISEASE - EA EMPLOYEE | $ |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
1671 WEST 10TH ST BKLYN NY
ADDIT INSURED

**CERTIFICATE HOLDER**
FOURTH RIGHT CONSTRUCTION
2240 MCDONALD AVE
BROOKLYN NY 11223

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 20 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

ACORD 25-N (1/95)
© ACORD CORPORATION 1988

# ACORD™ CERTIFICATE OF INSURANCE

DATE (MM/DD/YY): 1/10/2006

| PRODUCER | |
|---|---|
| APOLLO RALAND BROKERAGE, INC. 7705 - 18TH AVENUE BROOKLYN, NY 11214 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

**COMPANIES AFFORDING COVERAGE**

| | |
|---|---|
| COMPANY A | HERMITAGE INSURANCE COMPANY |
| COMPANY B | |
| COMPANY C | |
| COMPANY D | |

| INSURED | |
|---|---|
| N & C IRON WORKS, INC 11 - 17 60TH STREET BROOKLYN, N.Y. 11219 | |

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY COMMERCIAL GENERAL LIABILITY CLAIMS MADE [X] OCCUR OWNER'S & CONT PROT | HGL 48847-04 | 3/30/2005 | 3/30/2006 | GENERAL AGGREGATE | $2,000,000 |
| | | | | | PRODUCTS-COMP/OP AGG | $ |
| | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | EACH OCCURRENCE | $1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $ |
| | | | | | MED EXP (Any one person) | $ |
| | AUTOMOBILE LIABILITY ANY AUTO ALL OWNED AUTOS SCHEDULED AUTOS HIRED AUTOS NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT | $ |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE | $ |
| | GARAGE LIABILITY ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN AUTO ONLY: EACH ACCIDENT | $ |
| | | | | | AGGREGATE | $ |
| | EXCESS LIABILITY UMBRELLA FORM OTHER THAN UMBRELLA FORM | | | | EACH OCCURRENCE | $ |
| | | | | | AGGREGATE | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: INCL / EXCL | | | | STATUTORY LIMITS | |
| | | | | | EACH ACCIDENT | $ |
| | | | | | DISEASE - POLICY LIMIT | $ |
| | | | | | DISEASE - EACH EMPLOYEE | $ |
| | OTHER | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
Job Loc: 103 Quentin Rd, Brooklyn, New York

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Fortright Const, Inc. 2240 McDonald Avenue Brooklyn, NY 11223 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. AUTHORIZED REPRESENTATIVE |

ACORD 25-S (3/93) © ACORD CORPORATION 1993