**EXHIBIT L**

## LAW OFFICES OF STEVE NEWMAN
65 BROADWAY Suite 825
NEW YORK, NEW YORK 10006

NEW JERSEY OFFICE
6 PREMIER WAY
ENGLISHTOWN, NJ 07726
732.294.4791

TELEPHONE: 212.405.1000
FACSIMILE: 212.405.1001

February 2, 2007

Wonder Works Construction Corporation
18 West 21th Street
4th Floor
New York, New York 10010

Forthright Construction, Inc.
2240 McDonald Avenue
Brooklyn, New York 11223

Re: <u>Damage to Building – 97 Quentin Road, Brooklyn, New York</u>

To whom it may concern:

This office has been retained by Vasilis Aftousmis and Constantia Aftousmis regarding damage sustained to a building located at 97 Quentin Road, Brooklyn, New York. My clients own the building.

Faulty excavation and construction of a building located at 103 Quentin Road, Brooklyn, New York has caused severe damage to my clients' building. Contact your insurance company to notify same that damage has been sustained to my client's building.

Yours truly,

LAW OFFICES OF STEVE NEWMAN

By: _____
Steve Newman