**EXHIBIT M**

### TRANSMISSION VERIFICATION REPORT

```
TIME    : 02/07/2007 15:52
NAME    : FORTHRIGHT
FAX     : 718-266-7308
TEL     : 718-266-7300
SER.#   : 000K5J504041
```

| | |
|---|---|
| DATE,TIME | 02/07 15:52 |
| FAX NO./NAME | 12122689370  *Wonder Works Fax No.* |
| DURATION | 00:00:33 |
| PAGE(S) | 02 |
| | COVERPAGE |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |