**EXHIBIT N**

Green Mountain Agency, Inc.
P.O. Box 828
Rutland, VT 05702
(800) 451-4279

March 1, 2007

STEVEN
BR VITAL BROKERAGE INC
75-01  15TH AVE
BROOKLYN        NY 11228

Re: DOI 02/19/04
    Named insured: FORTHRIGHT CONSTRUCTION
    Agent/Broker Name: BR VITAL BROKERAGE INC
    Policy Number: L036000522
    Line of Business: CGL
    Policy Period: from 11-24-03 to 11-24-04

DEAR STEVEN:

THIS CLAIM HAS BEEN FORWARDED TO AMERICAN CLAIMS FOR ADJUSTING AT THE ADDRESS LISTED BELOW:

AMERICAN CLAIMS SERVICE
400 COMMERCE COURT
GOLDSBORO NC 27533 PHONE: (919) 759-3267
FRANK FLEISCHMAN

CONTACT THE ADJUSTER DIRECTLY IF YOU HAVE ANY QUESTIONS REGARDING THIS CLAIM.

A COPY OF THIS LETTER HAS BEEN SENT TO THE INSURED.

SINCERELY,


Lee Turgeon, Ext #34

Green Mountain Agency, Inc.
P.O. Box 828
Rutland, VT 05702
(800) 451-4279

March 1, 2007

FORTHRIGHT CONSTRUCTION
INC.
2240 MCDONALD AVE
BROOKLYN NY    11223

Re: DOL 02/19/04
    Named insured: FORTHRIGHT CONSTRUCTION
    Agent/Broker Name: BR VITAL BROKERAGE INC
    Policy Number: L036000522
    Line of Business: CGL
    Policy Period: from 11-24-03 to 11-24-04

THIS CLAIM HAS BEEN FORWARDED TO AMERICAN CLAIMS FOR ADJUSTING AT THE ADDRESS LISTED BELOW:

AMERICAN CLAIMS SERVICE
400 COMMERCE COURT
GOLDSBORO NC 27533 PHONE: (919) 759-3267
FRANK FLEISCHMAN

CONTACT THE ADJUSTER DIRECTLY IF YOU HAVE ANY QUESTIONS REGARDING THIS CLAIM.

SINCERELY,


Lee Turgeon, Ext #34