UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATLANTIC CASUALTY
INSURANCE COMPANY,

               Plaintiff,

                                                                Case No. 07 CIV 4098

      v.

FORTHRIGHT CONSTRUCTION, INC.,
WONDER WORKS CONSTRUCTION CORP.,      **NOTICE OF MOTION**
VASILIS AFTOUSMIS and CONSTANTIA
AFTOUSMIS,

             Defendants.
------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Aidan M. McCormack, with exhibits, the Affidavit of Ryan Brauns, with exhibits, the Affidavit of Allen Parraga, with exhibits, and the accompanying memorandum of law, and all pleadings and proceedings had heretofore herein, Plaintiff Atlantic Casualty Insurance Company ("Atlantic Casualty") will move before this Court and the Honorable District Judge Denny Chin, Room 1020, United States District Court, Southern District of New York, 500 Foley Square, on the 5th day of September, 2008, at 9:30 a.m. or as soon thereafter as counsel can be heard, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, (1) granting Atlantic Casualty's motion for summary judgment, (2) declaring that Atlantic Casualty owes no coverage obligation to anyone with respect to the underlying incident, claims and action, and (3) granting such other and further relief as the court deems just and proper.

    **PLEASE TAKE FURTHER NOTICE** that Defendants must serve their opposition, if any, to Plaintiff's motion by August 15, 2008, pursuant to the Court's July 17, 2008 Order.

Dated: New York, New York
August 1, 2008

*Aidan M. McCormack*, Esq.
Cyril E. Smith, Esq.
Nixon Peabody LLP
*Attorneys for Plaintiff*
*Atlantic Casualty Insurance Company*
437 Madison Avenue
New York, New York 10022
(212) 940-3000


TO:   Michael L. Smar, Esq.
McCabe, Collins, McGeough & Fowler, LLP
*Attorneys for Defendant*
*Wonder Works Construction Corp.*
346 Westbury Avenue – P.O. Box 9000
Carle Place, New York 11514

William Pager, Esq.
Law Offices of William Pager
*Attorneys for Defendant*
Forthright Construction, Inc.
470 Kings Highway
Brooklyn, New York 11223

Steve Newman, Esq.
Law Offices of Steve Newman
*Attorneys for Defendant*
Vasilis and Constantia Aftousmis
65 Broadway, Suite 825
New York, New York 10006

11105028.1