# McCORMACK DECLARATION

# EXHIBIT F

06/10/2008 09:23  718-266-7308                FORTHRIGHT                              PAGE 03/15

FROM : M GRASSO DEMOLITION INC       FAX NO. : 7183560348       Feb. 19 2004 02:36PM P1

# MMG DESIGN INC.

### CELLARS CLEANED * RUBBISH REMOVAL
### APARTMENT BUILDINGS * DEMOLITION
#### 95 MEADE LOOP
### STATEN ISLAND, NY 10309

February 19, 2004

Forth Right Construction
2240 McDonald Avenue
Brooklyn, NY 11223

Attn: Rinat Yanborisov

Office No.: 718-996-2300

Fax No. 718-996-2400
(2 Pages)

Reference: 1671 West 10th Street        99, 101 and 103 Quentin Rd
           Brooklyn, New York           Brooklyn, New York

Provide Complete Excavation as per plans included digging for under pinning and one face wall.

The following is included in the Scope of Work:
- Excavate an 80' x 100' x 10'
- Underpin an 80' x 2' x 3' area
- Excavate an 60' x 100' x 10'
- Underpin an 20' x 2' x 3' area
- All back fill included
- The above cuts are all from plans

The Owner Shall Provide the Following:
* MMG Inc. will install a fence around the property
* All Permit for construction

The total sum for the above work is One Hundred Thousand Dollars ($100,000.00).

JUN-10-2008 17:29    LAW OFFICES W PAGER    17189988046    P.004

06/10/2008  09:23   718-266-7308            FORTHRIGHT                        PAGE  04/15

FROM : M GRASSO DEMOLITION INC     FAX NO. : 7183560340          Feb. 19 2004 02:38PM  P2

Cell # 917-968-4990  
Fax # 718-356-0340

Tele: 718-356-8863  
718-356-8847

# MMG DESIGN INC.

<u>Payment Schedule</u>: 1671 West 10th St, 99 Quentin Rd, 101 Quentin Rd and 103 Quentin Rd  
Excavation

| | |
|---|---|
| Job Deposit | $ ~~12,000.00~~  10,000 |
| 2nd Payment | $ 12,000.00 |
| 3rd Payment | $ 12,000.00 |
| 4th Payment | $ 12,000.00 |
| 5th Payment | $ 12,000.00 |
| 6th Payment | $ 12,000.00 |
| 7th Payment | $ 12,000.00 |
| 8th Payment | $ ~~10,000.00~~  12,000 |
| Completion of Job | $ 6,000.00 |
| Total | <u>$100,000.00</u> |

Very truly yours,

MMG DESIGN INC.  
*Marie Grasso*  
Marie Grasso

ACCEPTED BY  
Forth Right Construction  
*[signature]*  
Mr. Rinat Yanbonsov

04/21/04  
Dated

06/10/2008  09:23   718-266-7308            FORTHRIGHT                    PAGE 05/15

FROM : M GRASSO DEMOLITION INC    FAX NO. : 7183560348    Jan. 15 2004 11:26PM P1

4

Aron Rhor Yankolaov

Office No.: 718-996-2300

Fax No. 718-996-2400
(2 Pages)

Reference: 1671 West 10th Street      99, 101 and 103 Quentin Rd
Brooklyn, New York                     Brooklyn, New York

*Complete Demolition of House and two garages, two showrooms two levels high and one showroom one level high.*

Provide complete demolition of brick house two garages, (2) two level brick showrooms and (1) one level brick showroom (approximately 1671 W10 St.= 20' x 35' and showroom 99= 20' x 80' 101= 20' x 80' 103= 40' x 60') Foundations not included

### The following is included in the Scope of Work:
- All permits supplied by MMG Design
- Complete demolition of one level and basement
- Demolish two garages and removed
- All showrooms will be demolish by hand and removed
- Will remove all metal from basement, boilers and etc.
- Block garage to be demolished and removed
- A Certified Notification Letter to adjacent properties

### The Owner Shall Provide the Following:
- MMG Inc. will install a fence around the property, (plywood supplied by Contractor)
- All cut off Letters to obtain permits

The total sum for the above work is Forty Seven Thousand Dollars ($47,000.00).

JUN-10-2008 17:29    LAW OFFICES W FAGER    17189898046    P.006

06/10/2008  09:23   718-266-7308          FORTHRIGHT                    PAGE  06/15

FROM : M.GRASSO DEMOLITION INC     FAX NO. : 7183560340      Jan. 15 2004 11:29PM  P2

Cell # 917-968-4990                                      Tele: 718-356-8863
Fax # 718-356-0340                                             718-356-8847

# MMG DESIGN INC.

Payment Schedule: 1671 West 10th St, 99 Quentin Rd, 101 Quentin Rd and 103 Quentin Rd.

| | |
|---|---|
| Job Deposit for permits | $ 7,000.00 |
| Windows and roof removed | $ ~~6,000.00~~ 7,000 |
| 3rd Payment | $ 8,000.00 |
| 4th Payment | $ 8,000.00 |
| 5th Payment | $ 8,000.00 |
| 6th Payment | $ ~~6,000.00~~ 7,000 |
| Completion of Job | $ 2,000.00 |
| | Total $47,000.00 |

Very truly yours,                          ACCEPTED BY
                                           Forth Right Construction
MMG DESIGN INC.
      [signature]                          [signature]
Marie Grasso                               Mr. Rinat Yanborisov         Dated