# McCORMACK DECLARATION

# EXHIBIT I

OMI Construction Co Inc.

1411 Ave N ste C2
Brooklyn, NY 11230

## Contract - Estimate

| Date | Estimate # |
|---|---|
| 1/10/2006 | 15 |

**Name / Address**

FORTHRIGHT CONSTRUCTION
RINAT YANBORISOV
2240 McDONALD AVE., 1st FLOOR
BROOKLYN, NY, 11223

**PROJECT**

1671 W 10 st, 103 Quentin

| Description | Qty | Rate | Total |
|---|---|---|---|
| WE HEREBY SUBMIT ESTIMATE FOR: AS PER KARL FISCHER ARCHITECT PLANS FROM FEB 2003: INSTALLATION OF ALL BRICK VENEER AND STONES, ALL ATTACH WALLS TO BE CONSTRUCTED FROM 8" CMU, PARAPET TO BE CONSTRUCTED FROM 10" BRICK AND BLOCK WALL. ESTIMATE BASED ON STANDARD SIZE BRICK UP TO 0.50$, GREY TYPE "S" MORTAR CEMENT, REGULAR 75% SOLID CMU, H.M. DOOR FRAMES, MISC STEEL, METAL FLUSHING, RE-BARS, PRECAST STONES. SLOPED GLAZING NOT INCLUDED. CARTING BY OTHERS. ALL PAYMENTS TO BE MADE ON BY-WEEKLY SCHEDULE, BY REQUISITION BASED ON WORK COMPLETED OR PERCENTAGE OF AMOUNT OF CONTRACT | | 550,000.00 | 550,000.00 |

OMI CONSTRUCTION
SIGNATURE_____

GENERAL CONTRACTOR
SIGNATURE_____

DATE  2 8 06

**Total**  $550,000.00

5  1671 w 10 — 150,000 $