# McCORMACK DECLARATION

# EXHIBIT M

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
ATLANTIC CASUALTY INSURANCE COMPANY,

                Plaintiff,

V.

FORTHRIGHT CONSTRUCTION, INC., WONDER
WORKS CONSTRUCTION CORP., AND
VASILIS AFTOUSMIS and CONSTANTIA AFTOUSMIS,

                Defendants.
--------------------------------------------------------------X

Case No.: 07CIV4098

**RESPONSE TO COMBINED DEMANDS**

Defendant FORTHRIGHT CONSTRUCTION, INC., by their attorneys, the **LAW OFFICES OF WILLIAM PAGER**, as and for a response to Plaintiff's Demand for Interrogatories dated October 11, 2007, alleges upon information and belief, as follows:

1. Insurer — **Atlantic Casualty Insurance**

   Policy #, Dates:
   - LO36000522   11/24/03-11/24/04
   - LO36001127   11/24/04-11/24/05
   - LO36001737   11/24/05-11/24/06

   Name of Insured: Forthright Construction, Inc.

   Policy Limits:
   - General Aggregate — 2,000,000
   - Completed OPS Aggregate — 1,000,000
   - Personal & Advertising Injury — 1,000,000
   - Each Occurrence — 1,000,000
   - Fire Damage — 50,000
   - Medical Expenses — 5,000

2. Insurer — **Tower Insurance Company of NY**

   Policy # CGL2610688

   Name of Insured: Forthright Construction, Inc.

   Dates: 05/26/06-05/26/07; 05/26/07-05/26/08

   Policy Limits:
   - General Aggregate — 2,000,000
   - Completed OPS Aggregate — 1,000,000
   - Personal & Advertising Injury — 1,000,000
   - Each Occurrence — 1,000,000
   - Damage to Premises Rented to You — 100,000 Any one Premise
   - Medical Expenses — 50,000 Any one Person

| | | |
|---|---|---|
| Insurer | **American International Companies** | |
| Policy #, Dates | WC 7482109 | 10/24/03-10/24/04 |
| | WC 775979100 | 10/24/04-10/24/05 |
| | WC 681264200 | 10/24/05-10/24/06 |
| | WC 896997800 | 10/24/06-10/24/07 |
| | WC 6594794 | 10/24/07-10/24/08 |
| Name of Insured | Forthright Construction, Inc. | |
| Policy Limits | Bodily Injury by Accident | 100,000 each accident |
| | Bodily Injury by Disease | 500,000 policy limit |
| | Bodily Injury by Disease | 100,000 each employee |
| | | |
| Insurer | **Atlantic Casualty Insurance** | |
| Policy #, Dates | LO36000522 | 11/24/03-11/24/04 |
| | LO36001127 | 11/24/04-11/24/05 |
| | LO36001737 | 11/24/05-11/24/06 |
| Name of Insured | Forthright Construction, Inc. | |
| Policy Limits | General Aggregate | 2,000,000 |
| | Completed OPS Aggregate | 1,000,000 |
| | Personal & Advertising Injury | 1,000,000 |
| | Each Occurrence | 1,000,000 |
| | Fire Damage | 50,000 |
| | Medical Expenses | 5,000 |
| | | |
| Insurer | **Sirius America Insurance Company** | |
| Policy #, Dates | IRS105049 | 05/24/04-05/24/05 |
| | IRS107746 | 05/24/05-05/24/06 |
| Name of Insured | Forthright Construction, Inc. | |
| Policy Limits | General Aggregate | 2,000,000 |
| | Completed OPS Aggregate | 1,000,000 |
| | Personal & Advertising Injury | 1,000,000 |
| | Each Occurrence | 1,000,000 |
| | Fire Damage | 50,000 |
| | Medical Expenses | 5,000 |

3. Steven Bykovsky, BR Vital Brokerage, Inc.
   Sveta Soltanova, Svema Insurance Agency Corp.

4. Steven Bykovsky – broker        10/20/03 – present
   Sveta Soltanova – broker        05/24/06 – present

5. (a) Nixon Peabody, LLP
   (b) June 5, 2007
   (c) Written Notice
   (d) Coverage denial, Quentin Terrace

6.  No investigation was conducted.

7.  February, 2007

8.  Date the work began – February 2004
    Date the work ended – Still in progress

9.  Construction management, general contracting, demolition, site work, excavation, cast in place concrete, masonry and precast, structural steel, rough carpentry, carpentry, architectural millwork, roofing and waterproofing, wood doors, frames, hardware, and groves, tiles and stones, painting, plastering, and HVAC.

10. Construction management, general contracting, demolition, site work, excavation, cast in place concrete, masonry and precast, structural steel, rough carpentry, carpentry, architectural millwork, roofing and waterproofing, wood doors, frames, hardware, and groves, tiles and stones, painting, plastering, and HVAC.

11. Agreement dated February 19, 2004 between Forthright Construction, Inc. and Wonder Works Construction Co.

12. | | | |
    |---|---|---|
    | MMG Design | Demolition, Excavation | 02/19/04 - 06/24/04 |
    | ATY Construction | Cast in Place Concrete, Sheeting | 06/01/04 - 07/20/05 |
    | N&C Iron Work | Structural Steel | 03/29/05 – present |
    | OMI Construction | Masonry | 03/30/06 – 09/30/07 |

13. None other than the instant action.

14. Not applicable.

15. On February 7, 2004 after receiving a letter from the Law Offices of Steve Newman.

16. The letter from the Law Offices of Steve Newman was faxed to Wonder Works and the insurance broker, Steven Bykovsky. They took it into consideration.

17. There were cracks in the foundation and a crack and small hole in the slab near the boiler. All damage found was in existence prior to the commencement of the work. No damage was related to work done by or on behalf of Forthright Construction or Wonder Works.

18. See answer to 17 above.

19. The damage inspection began in March, 2004.

20. Defendant has incurred and continues to incur ongoing legal fees for the defense of this action. All amounts shall be provided.

21. Atlantic Casualty Insurance Company.

22. Mark Kanevsky – as co-owner of Forthright Construction, Inc.
    Rinat Yanborisov – as co-owner of Forthright Construction, Inc.

23. Statement dated March 20, 2007 by Mark Kanevsky.

24. Statement dated March 20, 2007 by Mark Kanevsky.

25. Mark Kanevsky and Rinat Yanborisov

Dated: Brooklyn, New York
March 4, 2008

*Rachel L. Kaylie*
Rachel L. Kaylie, Esq.
Law Office of William Pager
Attorneys for Defendant
Forthright Construction, Inc.
470 Kings Highway
Brooklyn, NY 11223
(718) 998-1010

TO: Nixon Peabody, LLP
Attorneys for Plaintiff
Atlantic Casualty Insurance Co.
437 Madison Avenue
New York, NY 100022

Michael L. Smar, Esq.
McCabe, Collins, McGeough & Fowler, LLP
Attorneys for Defendant
Wonder Works Construction Corp.
346 Westbury Avenue, P.O. Box 9000
Carle Place, NY 11514

Vasilis and Constantia Aftousmis
97 Quentin Road
Brooklyn, NY 11223