# McCORMACK DECLARATION

# EXHIBIT S

Overview for Complaint #:3 '25 = RESOLVED                                  Page 1 of 1

BIS Menu | Property Profile | Complaints | Complaint | Back        FAQs | Glossary   Feb 1, 2007

 

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## Overview for Complaint #:3163925 = RESOLVED

**Complaint at:** 97 QUENTIN ROAD   **BIN:** 3175390   **Borough:** BROOKLYN   **ZIP:** 11223

**Re:** SETTLEMENT OF FDTN DUE TO ADJ EXCAVATION AND UNDERPINNINGCRACKS EXTERIOR WALLS AND CELLAR SLAB. ADJ PROPRTY 103 QUENTIN ROAD(NB 301658187) NO PERMIT FOR UNDERPINNING FILED UNDER 97 QUENTIN

**Category Code:** 73   FAILURE TO MAINTAIN

**DOB District:** N/A
**Special District:**

**Assigned To:** BROOKLYN BOROUGH OFFICE                                   **Priority:** C

**Received:** 07/22/2005  14:47   **Block:** 6622   **Lot:** 47   **Community Board:** 311
**Owner:** VASILIOS AFTOUSMIS/

Last Inspection: 08/02/2005 - - BY BADGE # 0763 POST KEVIN BROOKLYN
Disposition: 08/05/2005 - - C2 - INSPECTOR UNABLE TO GAIN ACCESS ON SECOND (2ND) INSPECTION ATTEMPT
Disposition Entered By: HBE  08/05/2005
Comments: SITE CLOSED AND PADLOCKED

### Complaint Disposition History

| Disposition Date | Disposition Code | Disposition | Inspection By | Date |
|---|---|---|---|---|
| 07/29/2005 | C1 | INSPECTOR UNABLE TO GAIN ACCESS ON FIRST (1ST) INSPECTION ATTEMPT | 1130  AGRAC | 07/26/2005 |
|  |  | UNDERMINING OF FOUNDATIONS. NO CRACKS AT FOUNDATION EXTERIOR |  |  |
| 08/04/2005 | C1 | INSPECTOR UNABLE TO GAIN ACCESS ON FIRST (1ST) INSPECTION ATTEMPT | 1130  AGRAC | 07/26/2005 |
|  |  | UNDERPINING OF FOUNDATIONS OF 97 QUENTIN CONFORMS TO DRAWING |  |  |
| 08/05/2005 | C2 | INSPECTOR UNABLE TO GAIN ACCESS ON SECOND (2ND) INSPECTION ATTEMPT | 0763  POST | 08/02/2005 |
|  |  | SITE CLOSED AND PADLOCKED |  |  |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

BIS Menu | Property Profile | Complaints | Complaint | Back

Overview for Complaint #:3198884 = RESOLVED                                     Page 1 of 1

BIS Menu | Property Profile | Complaints | Complaint | Back          FAQs | Glossary    Feb 1, 2007



**NYC Department of Buildings**

## Overview for Complaint #:3198884 = RESOLVED

Complaint at: 103 QUENTIN ROAD          BIN: 3175389          Borough: BROOKLYN          ZIP: 11223

Re: ADJACENT PROPERTY IS NOT PROTECTED FROM FALLING DEBRIS, REAR YARD OF ADJACENT PROPERTY IS ALSO NOT PROTECTED FROM DANGERIOUS CONSTRUCTION WORK AT ABOVE ADDRESS

Category Code:      03     ADJACENT BUILDINGS - NOT PROTECTED

DOB District:       N/A
Special District:

Assigned To:        BEST SQUAD                                                    Priority: A

Received:  08/04/2006  08:24                        Block: 6622   Lot: 45         Community Board: 311
Owner:     000000000000000 0 00000000000000000000

Last Inspection: 08/03/2006 - - BY BADGE # 1852 HILL EVEROL BROOKLYN
Disposition: 12/06/2006 - - L2 - FULL RESCIND OF STOP WORK ORDER
Disposition Entered By: GPH 12/06/2006 16:23:33
Comments: VIOLATION COMPLIED WITH AS PER INSPECTOR DAMIANO # 2233

Previous Violations: ECB: 34536177M -

### Complaint Disposition History

| Disposition Date | Code | Disposition | Inspection By | Date |
|---|---|---|---|---|
| 08/05/2006 | A3 | STOP WORK ORDER VIOLATION ISSUED<br>BUILDING ON LOT LINE STRUCTURE TO 5TH FLO NO PROTECTION PROV<br>IDED OVERHEAD ADJ PROPERTIES 1 VIOL SWO ISSUED | 1995 KRIKO | 08/03/2006 |
| 12/06/2006 | L2 | FULL RESCIND OF STOP WORK ORDER<br>VIOLATION COMPLIED WITH AS PER INSPECTOR DAMIANO # 2233 | 1852 HILL | 08/03/2006 |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

BIS Menu | Property Profile | Complaints | Complaint | Back