# McCORMACK DECLARATION

# EXHIBIT T

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATLANTIC CASUALTY INSURANCE COMPANY,              Index No.:
                                                  07CIV4098
               Plaintiff,

       V.                                         AFFIRMATION

FORTHRIGHT CONSTRUCTION, INC., WONDER
WORKS CONSTRUCTION CORP., AND VASILIS
AFTOUSMIS and CONSTANTIA AFTOUSMIS

               Defendants.
------------------------------------------------------------X
```

RACHEL L. KAYLIE, an attorney duly admitted to practice before the Courts of this State, and an associate of the Law Offices of William Pager, attorneys for defendant FORTHRIGHT CONSTRUCTION, INC., affirms the following to be true under penalty of perjury:

1) I am fully familiar with all of the pleadings and proceedings had in this matter previously, and make this Affirmation in response to the discovery demands made by plaintiff herein.

2) After discussions with a duly authorized representative of FORTHRIGHT CONSTRUCTION, INC., who represented to me that she made a reasonable search for any further documents as demanded by plaintiff, and a search of this office's files maintained in this matter, all documents within said defendant's possession have now been provided to plaintiff.

3) I further affirm that, should any documents or information as demanded by

plaintiff become available to this defendant, those documents and information will be promptly provided to plaintiff.

DATED:    Brooklyn, New York
July 3, 2008

*Rachel L. Kaylie*
RACHEL L. KAYLIE, ESQ.

Our File No: 1655