07-ES-220 MLS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ATLANTIC CASUALTY INSURANCE COMPANY,

           Plaintiff,

   -against-

FORTHRIGHT CONSTRUCTION, INC., WONDER
WORKS CONSTRUCTION CORP., and VASILIS
AFTOUSMIS and CONSTANTIA AFTOUSMIS,

           Defendants.
------------------------------------------------------------X

Index No.: 07CIV 4098

**AFFIRMATION
IN OPPOSITION**

TERESA CAMPANO, ESQ., an attorney duly admitted to practice law before all of the Courts of the State of New York, affirms the following under the penalties of perjury:

1. I am associated with the law firm of McCABE, COLLINS, McGEOUGH & FOWLER, LLP, attorneys for the defendant, WONDER WORKS CONSTRUCTION CORP., and as such I am fully familiar with the facts and circumstances set forth herein.

2. I submit this Affirmation in Opposition of the motion for summary judgment by plaintiff ATLANTIC CASUALTY INSURANCE COMPANY.

3. I have read the Affirmation prepared by the defendant, FORTHRIGHT CONSTRUCTION, INC.'s attorney, Rachel L. Kaylie, of the Law Office of William Pager, dated August 14, 2008, and I am familiar with its entirety, and, as such, I adopt the defendant's argument therein.

WHEREFORE, it is respectfully requested that the plaintiff's motion be denied in its entirety and the Court grant such other and further relief as it deems just and proper.

Dated: Carle Place, New York
September 3, 2008

_____
TERESA CAMPANO