07-ES-220 MLS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ATLANTIC CASUALTY INSURANCE COMPANY,

           Plaintiff,

-against-

FORTHRIGHT CONSTRUCTION, INC.,
WONDER WORKS CONSTRUCTION CORP.,
VASILIS AFTOUSMIS AND CONSTANTIA
AFTOUSMIS,

           Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08

Case No. 07 CV 4098

**ORDER**

The defendant, WONDER WORKS CONSTRUCTION CORP., having submitted a written application to extend the deadline for filing papers in opposition to Plaintiff's Motion for Summary Judgment from August 15, 2008 to September 5, 2008, and

Upon the arguments and reasons provided in Wonder Works written application,

IT IS THEREFORE Ordered that the deadline for filing papers in opposition to Plaintiff's Motion for Summary Judgment shall be extended from August 15, 2008 to September 5, 2008, and except as stated above the Court's June 13, 2008 pre-trial order remains unchanged.

SO ORDERED

Hon. U.S.D.J. Denny Chin

9/8/08